UNITED STATES DISTRICT COURT        District of Rhode Island

RECEIVED

JUL 27 2026

U.S. DISTRICT COURT
DISTRICT OF R.I.

Nancy Powers

Case No.

*Against*          *Complaint*

Joseph W. Belluck, Taa Grays, Fernando M. Camacho, Stefano Cambareri,

Brian C. Doyle,

John A. Falk, Robin Chappelle Golston, Nina M. Moore, Peter H. Moulton,

Marvin Ray Raskin,

Brian Gotlieb

Brain Gotlieb connected with certain high-ranking, aiming to replace the chief.

An intervention is in need.

Nancy Powers